J. Charles Hepworth (ISB #2878)
Zach S. Zollinger (ISB #9259)
Hepworth Holzer, LLP
P.O. Box 2582
Boise, ID  83701
208-343-7510 (Telephone)
208-342-2927 (Facsimile)
chepworth@hepworthholzer.com
zzollinger@hepworthholzer.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
### EASTERN DIVISION

| | |
|---|---|
| Mark Ruston, individually and as Wrongful Death Representative of Mackenzie Anastasia Ruston, deceased, Dawn Ruston, individually and as Wrongful Death Representative of Mackenzie Anastasia Ruston, deceased, Michael Ruston, individually, and Matthew Ruston, individually, ) ) ) ) ) ) ) ) ) | Case No. 4:17-cv-00463-BLW |
| Plaintiffs, ) ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. ) ) | |
| Lynn Genzlinger, as Personal Representative of The Estate of B. Reade Genzlinger and Wyoming Wings, LLC, ) ) ) ) | |
| Defendants. ) ) | |

YOU ARE HEREBY NOTIFIED that Plaintiffs herein dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

NOTICE OF DISMISSAL WITH PREJUDICE - 1

Respectfully submitted this 19th day of June, 2018.

/s/ Zach S. Zollinger
J. Charles Hepworth (ISB #2878)
Zach S. Zollinger (ISB #9259)
Hepworth Holzer, LLP
P.O. Box 2582
Boise, ID  83701
208-343-7510 (Telephone)
208-342-2927 (Facsimile)
chepworth@hepworthholzer.com
zzollinger@hepworthholzer.com